| | | | |
|---|---|---|---|
| Com. v. Hall | 118 MDA 2016<br>Affirmed<br>Application to<br>Withdraw as<br>Counsel<br>Granted | 12/02/2016 | CP–40–CR–0003408–<br>2013<br>(Luzerne) |
| Com. v. Belgrave | 390 MDA 2016<br>Affirmed | 12/02/2016 | CP–22–CR–0001890–<br>2014<br>(Dauphin) |
| Malo v. Burns | 436 MDA 2016<br>Quashed | 12/02/2016 | 10–CV–5496<br>(Lackawanna) |
| In re Adoption of A.L.W. | 655 MDA 2016<br>Affirmed | 12/02/2016 | 22 of 2015<br>(Mifflin) |
| In re Adoption of E.M.W. | 656 MDA 2016<br>Affirmed | 12/02/2016 | 2015–00021<br>(Mifflin) |
| Com. v. Frazier | 296 WDA 2015<br>Affirmed | 12/02/2016 | CP–02–CR–0011969–<br>2000<br>(Allegheny) |
| Highmark Inc. v. UPMC [1] | 557 WDA 2015<br>Affirmed | 12/02/2016 | GD–14–015441<br>(Allegheny) |
| Com. v. Fennell | 1280 WDA 2015<br>Quashed | 12/02/2016 | CP–11–CR–0001935–<br>2009<br>(Cambria) |
| Com. v. Fennell | 1379 WDA 2015<br>Affirmed | 12/02/2016 | CP–11–CR–0001935–<br>2009<br>(Cambria) |
| Com. v. Hoffman | 1779 WDA 2015<br>Affirmed | 12/02/2016 | CP–11–CR–0000254–<br>1996<br>(Cambria) |
| Com. v. Smith | 1804 WDA 2015<br>Affirmed and<br>Vacated | 12/02/2016 | CP–26–CR–0000777–<br>2015<br>(Fayette) |
| Com. v. Hogan | 1886 WDA 2015<br>Affirmed | 12/02/2016 | CP–02–CR–0007977–<br>2009<br>(Allegheny) |
| Com. v. Flowers | 165 WDA 2016<br>Quashed | 12/02/2016 | CP–65–CR–0002589–<br>2012<br>(Westmoreland) |
| Com. v. Lint | 166 WDA 2016<br>Affirmed | 12/02/2016 | CP–26–CR–0001669–<br>2015<br>(Fayette) |
| Com. v. McKenzie | 225 WDA 2016<br>Affirmed | 12/02/2016 | CP–30–CR–0000127–<br>2015<br>(Greene) |
| Com. v. Tyler | 257 WDA 2016<br>Affirmed<br>Application to<br>Withdraw as<br>Counsel<br>Granted | 12/02/2016 | CP–02–CR–0015854–<br>2014<br>(Allegheny) |
| In re Adoption of J.R.K.; Appeal of J.K. | 989 WDA 2016<br>Affirmed | 12/02/2016 | 92 of 2015<br>(Westmoreland) |
| In re J.F.K.; Appeal of E.F. | 1153 WDA 2016<br>Affirmed | 12/02/2016 | 20A–2016 O.C.<br>(Jefferson) |

1. Petition for reargument denied February 8, 2017.